JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND<br><br>      Plaintiffs,<br>  v.<br><br>SINICROPE AND SONS, INC.<br><br>      Defendant. | CASE NO. 2:14-cv-06045-DDP-E<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B) |

It appearing from the records in the above-entitled action from Plaintiffs' Motion for Entry of Default Judgment by Court, including the declaration submitted in support thereof, and other evidence as required by F.R.C.P. 55(b) and

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B)

1

Local Rule 55.1, that the Defendants have failed to plead or otherwise defend in said action and default having been entered.

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant Sinicrope and Sons, Inc.

<u>Plaintiff's Claim for Relief</u>

As to Plaintiffs' Claim for Relief, $1,183,007 in withdrawal liability and $2,317.40 in interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6).

<u>Attorneys' Fees and Costs</u>

Defendant is hereby ordered to pay $27,306.49 in attorneys' fees pursuant to Local Rule 55.3, and costs totaling $759.05.

Total judgment for Plaintiffs is $1,213,389.94.

Dated: December 09, 2014

*[signature: Dean D. Pregerson]*

The Honorable Dean D. Pregerson

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B)

2